REBECCA S. SAELAO (State Bar No. 222731)
rebecca.saelao@stinson.com
STINSON LLP
595 Market Street, Suite 2600
San Francisco, California 94105
Telephone: 415.398.3344
Facsimile: 415.956.0439

Attorneys for Defendant
WELLS FARGO BANK, N.A.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

SERGEY OBUTKOV, an individual,

Plaintiff,

v.

WELLS FARGO BANK, N.A., a national banking association; CIRCUS CIRCUS CASINOS, IN., a Nevada corporation; and DOES 1 through 20, inclusive,

Defendants.

2:26-cv-02703-DJC-SCR

**ORDER GRANTING STIPULATION IN FAVOR OF ARBITRATION AS TO THE CLAIMS AGAINST WELLS FARGO**

Pursuant to their joint stipulation and good cause appearing, IT IS HEREBY ORDERED that (1) Plaintiff and Wells Fargo Bank, N.A. ("Wells Fargo") shall submit to binding non-judicial arbitration before the American Arbitration Association as to Plaintiff's claims against Wells Fargo; (2) This action shall be STAYED as to Plaintiff's claims against Wells Fargo until the arbitration has been completed; (3) the parties shall file a joint status report within fourteen (14) days after completion of arbitration; (4) the Clerk of Court shall administratively close this case.

**IT IS SO ORDERED.**

Dated: October 13, 2026

/s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE